JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA MUNGUIA, | Case No. CV 20-1212-JPR |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

For the reasons set forth in the accompanying Memorandum Decision and Order, it is hereby ADJUDGED THAT (1) Plaintiff's request for an order reversing or remanding the case for further proceedings is DENIED; (2) the Commissioner's request for an order affirming his final decision is GRANTED; and (3) judgment is entered in the Commissioner's favor.

DATED: July 13, 2021

JEAN P. ROSENBLUTH
U.S. MAGISTRATE JUDGE